Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bklwlaw.com
Rebecca S. Roberts, State Bar No. 225757
rroberts@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Additional counsel on next page*

*Attorneys for Defendants*
Veolia Water West Operating Services, Inc., Veolia Water North America-West, LLC, and Mark Wippler

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VON BARON PARTLOW, DONALD JOSEPH FALLON, CARLOS ALBERTO BARRIOS, SHANNON DEE O'HARA, ALBERT SANCHEZ PARRA, ANGELINA FRANCO PARRA, JUSTIN IVAN RIVERA, DANIEL JAMES RYAN, JENNIFER LEE RYAN,<br><br>    Plaintiff,<br><br>v.<br><br>VEOLIA WATER WEST OPERATING SERVICES, INC., VEOLIA WATER NORTH AMERICA-WEST, LLC, MARK WIPPLER, AN INDIVIDUAL, and does 1-200, inclusive,<br><br>    Defendants. | Case No. **'24CV2162 W    AHG**<br><br>**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

1   Mathew D. Ingber, *pro hac vice* application forthcoming
    mingber@mayerbrown.com
2   **MAYER BROWN, LLP**
    1221 Ave. of the Americas
3   New York, New York 10020
    Telephone (212) 506-2373
4
    Michael Olsen, *pro hac vice* application forthcoming
5   molsen@mayerbrown.com
    Telephone (312) 701-7120
6   Avi M. Kupfer, *pro hac vice* application forthcoming
    akupfer@mayerbrown.com
7   Telephone (312) 701-8330
    **MAYER BROWN, LLP**
8   71 S. Wacker Drive
    Chicago, Illinois 60606
9
    Nicole A. Saharsky*, pro hac vice* application forthcoming
10  *nsaharsky@mayerbrown.com*
    **MAYER BROWN, LLP**
11  *1999 K Street, N.W.*
    *Washington, DC 20006*
12  Telephone (202) 263-3052
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to the Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, the undersigned counsel for Defendants certify as follows:

Defendant Veolia Water West Operating Services, Inc. is a wholly owned subsidiary of Defendant Veolia Water North America-West, LLC. Defendant Veolia Water North America-West, LLC is a wholly owned subsidiary of Veolia Water Municipal Services North America, LLC. Veolia Water Municipal Services North America, LLC is a wholly owned subsidiary of Veolia Water North America Operating Services, LLC. Veolia Water North America Operating Services, LLC is a wholly owned subsidiary of WASCO LLC. WASCO LLC is a wholly owned subsidiary of Veolia North America, Inc. Veolia North America, Inc. is a wholly owned subsidiary of Veolia Environnement S.A., a publicly held company. No publicly held company owns 10% or more of the stock of Veolia Environnement S.A.

Defendant Veolia Water West Operating Services, Inc. is a citizen of Delaware. Defendant Veolia Water North America-West, LLC is a citizen of Delaware. Defendant Veolia Water North America-West, LLC's sole member is Veolia Water Municipal Services North America, LLC, which is a citizen of Delaware. Defendant Mark Wippler is a citizen of California.

By filing this Corporate Disclosure Statement, Defendants do not waive any defenses under Federal Rule of Civil Procedure 12(b) or defenses that Defendants may otherwise raise by a responsive pleading.

| | |
|---|---|
| 1  Dated: November 18, 2024 | **BIENERT KATZMAN**<br>**LITTRELL WILLIAMS LLP** |
| | By: */s/ Rebecca S. Roberts*<br>Thomas H. Bienert, Jr., SBN 135311<br>tbienert@bklwlaw.com<br>Rebecca S. Roberts, SBN 225757<br>rroberts@bklwlaw.com<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone: (949) 369-3700<br>FACSIMILE: (949) 369-3701 |
| | *Attorneys for Veolia Water West Operating Services, Inc., Veolia Water North America-West, LLC, and Mark Wippler* |
| | **MAYER BROWN LLP**<br>By: */s/ Matthew D. Ingber*<br>Matthew D. Ingber, NYBN 2964666<br>(*pro hac vice application forthcoming*)<br>mingber@mayerbrown.com<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 506-2500<br>Facsimile: (212) 262-1910 |
| | Nicole A. Saharsky, DCBN 495433<br>(*pro hac vice application forthcoming*)<br>nsaharsky@mayerbrown.com<br>1999 K Street NW<br>Washington, D.C. 20006<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300 |
| | Michael A. Olsen, ILBN 6237807<br>(*pro hac vice application forthcoming*)<br>molsen@mayerbrown.com<br>Avi M. Kupfer, CABN 309805<br>(*pro hac vice application forthcoming*)<br>akupfer@mayerbrown.com<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711 |
| | *Attorneys for Veolia Water West Operating Services, Inc. and Veolia Water North America-West, LLC* |